District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK OLMTEAD,<br><br>                Plaintiff,<br><br>      v.<br><br>RAY MABUS,<br><br>                Defendant. | CASE NO. 3:13-cv-05051-BHS<br><br>DECLARATION OF<br>ROBERT THOMAS BUTLER |

I, ROBERT THOMAS BUTLER, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am the Deputy Apprentice Program Administrator, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA. I have filled this position since 2006. My primary duty is to oversee the daily business of the program, ensuring that the training and academic instructions are being delivered per the program schedule and guidelines.

2. The Department of the Navy conducts Apprentice training to develop highly skilled Craftsmen and future key Employees and Leaders. In order to meet these objectives, a well-organized, effectively coordinated shop and related instruction program is essential. The Navy's Apprentice plan is structured to develop the character, personality, initiative, critical thinking, problem solving, technical skills, and communication skills of the Apprentice. The Apprentice program normally takes four years, and graduates receive a college degree.

3. PSNS/IMF Apprentice program has been in existence since 1901 and has graduated nearly 9000 students. In our current workforce, approximately 65% of the

Declaration of ROBERT THOMAS BUTLER
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  managers are graduates of the program. The training for Apprentices consists of two phases:
2  shop training wherein the Apprentice gains job knowledge and work experience, and
3  classroom training wherein the Apprentice learns trade theory and other related information.

4      4. In order to guarantee graduates of a high caliber from this program, performance
5  standards are maintained at a high level; Shipyard management and Apprentice School staff
6  are constantly striving to improve the program. When an Apprentice graduates and returns
   full-time to the workforce, it is likely he or she will be very highly qualified in their
7  respective trades. We do not track the progress of Apprentice graduates, but my experience
8  is that they are able to compete very successfully for promotions within their respective
   trades.

9

10     I declare under penalty of perjury that the foregoing is true and correct.

11     Executed this 28st day of January, 2014.

12

13

14

15

16                                                    ROBERT THOMAS BUTLER

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of ROBERT THOMAS BUTLER
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970