District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMTEAD,

             Plaintiff,

    v.

RAY MABUS,

             Defendant.

CASE NO. 3:13-cv-05051-BHS

DECLARATION OF
AMY T. KNAPP

I, AMY T. KNAPP, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am a Supervisory Human Resource Specialist, at the Office of Civilian Human Resources – Silverdale, 3230 NW Randall Way, Silverdale, WA 98383-7952. Part of my duties involves managing processes and records for hiring and promotion of civilian employees for Navy activities that we serve. This includes the Puget Sound Naval Shipyard and Intermediate Maintenance Facility ("Shipyard").

2. The process for promotion is set forth by government-wide regulations. The electronic programs used are "USAJOBS" and "USA Staffing," and they are based on the controlling regulations. Using a promotion to Pipefitter Supervisor II at the Shipyard as an example, the process for promotion is as follows:

    a. When there is a vacancy or a need for a new Pipefitter Supervisor II at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility ("Shipyard"), a request for personnel action (RPA) is prepared and forwarded

Declaration of AMY T. KNAPP
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to the Office of Civilian Human Resources Operations Center (OCHR) Silverdale in Silverdale, WA. This is where I work and it is a Navy activity separate from the Shipyard.

b. A Human Resource Specialist from OCHR-Silverdale works with the Selecting Official to prepare a job analysis using the major duties of the position. The "Selecting Official" is a title giving rights under the automated program, discussed below, but the actual selection may be made by someone more directly involved in the promotion, such as a Program Director.

c. A job announcement and rating assessment are prepared from the job analysis and posted on the USAJOBS website. An advance copy of the job announcement and rating assessment are sent to the Selecting Official three days before it is posted. The Selecting Official can seek changes during the three-day period.

d. Applications are received during the period the job announcement is open.

e. Applications flow electronically from USAJOBS to USA Staffing, a computerized staffing program used throughout the government. USA Staffing is used to score the applications using the applicants' responses to the rating assessment. The program automatically scores the applicants' responses to the rating assessment and prepares a "best qualified" list.

f. A Human Resources Specialist reviews the "best qualified" list to make certain each of the applicants meet the minimum job qualifications and is within the area of consideration based on the applicants' resume and self certified responses to the rating assessment. The specialist may request higher level approval to lower an applicant's best qualified score when the experience documented in the resume does not support the self certified responses to the rating assessment. Lowering an applicant's best qualified score when otherwise determined to meet the basic position requirements is infrequent.

Declaration of AMY T. KNAPP
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

g. Using the automated program, the OCHR-Silverdale issues the best qualified certificate to the Selecting Official, and then notifies the applicants of the outcome of the automated review. Those not making the best qualified certificate are notified that they are not being further considered for the position.

h. OCHR-Silverdale then waits for the return of the best qualified certificate. This involves being notified if there is a selection or if no selection is being made. The Selecting Official has 15 days to make the decision, but the process allows for an automatic 10 day extension if this first deadline is not met. After that, any further extension beyond 25 days must be requested and approved. The best qualified certificate is meant to be time sensitive.

i. The Selecting Official receives email notification when the best qualified certificate that lists the names of the candidates for consideration for selection is available in Selection Manager (Selection Manager is part of the USA Staffing suite and is a web based application that selecting officials log into to consider candidates and make selections).

j. The hiring activity then makes a selection from the best qualified certificate. The best qualified certificate lists candidates in alphabetical order, and the selecting official may select any of the candidates on the certificate. The choice among the best qualified candidates can be made by the selecting official alone, or after review by a rating panel or committee, with or without interviews (selecting officials/panels can decide whether to interview, how many to interview, or not to interview at all), and in all cases must be made based on merit (such as highest score on a rating matrix).

k. When notified there has been a selection, there is a final eligibility review done by the Human Resources Specialist at OCHR-Silverdale to ensure the individual selected is within the area of consideration advertised on the job vacancy announcement.

Declaration of AMY T. KNAPP
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The hiring activity administrative personnel then make the formal job offer. Upon acceptance of the job offer, an effective date is established and a Human Resources Assistant at OCHR-Silverdale processes the action in the Defense Civilian Personnel Data System (DCPDS).

3. I have looked at the vacancy announcements beginning on October 13, 2011, and ending on April 11, 2012, to identify any Pipefitter Supervisor II (WS-4204-14) positions Mr. Olmstead applied to for promotion, was referred on the best qualified certificate (thereby being eligible for selection), and for which he was then not selected. During that time, the only position for which he applied, was referred on the best qualified certificate, and then not selected was Vacancy Announcement 591330.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24st day of January, 2014.

*Amy T. Knapp*
AMY T. KNAPP

Declaration of AMY T. KNAPP
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970