UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMSTEAD,

          Plaintiff,

    v.

SECRETARY OF THE NAVY, RAY MABUS,

          Defendant.

CASE NO. C13-5051 BHS

ORDER GRANTING PLAINTIFF'S MOTION AND DENYING DEFENDANT'S MOTION AS MOOT

This matter comes before the Court on Defendant Ray Mabus's ("Defendant") motion to dismiss (Dkt. 34) and Plaintiff Rick Olmstead's ("Plaintiff") motion for leave to amend (Dkt. 36).

On March 27, 2014, Plaintiff filed an amended complaint alleging a cause of action for employment discrimination under state law. Dkt. 33. On April 3, 2014, Defendant filed his motion to dismiss and Plaintiff subsequently filed his motion to amend because, as both parties agree, the cause of action should have alleged a violation under federal law. Therefore, the Court **GRANTS** Plaintiff's motion to amend and

ORDER - 1

1  **DENIES** Defendant's motion to dismiss as **moot**. Plaintiff shall file the amended

2  complaint as a separate entry on the electronic docket.

3      **IT IS SO ORDERED**.

4      Dated this 21st day of May, 2014.

                                              BENJAMIN H. SETTLE
                                              United States District Judge