District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMTEAD,

    Plaintiff,

v.

RAY MABUS,

    Defendant.

CASE NO. 3:13-cv-05051-BHS

DECLARATION OF BRUCE M. BORDENICK

I, BRUCE M. BORDENICK, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed by the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA ("Shipyard"). I have been employed at the Shipyard for more than 25 years. My current position is Deputy Director of Radiological Controls, Pacific Northwest. I have been a supervisor for 15 years. My date of birth is April 1, 1966.

2. All promotions exceeding 120 days, as this one was, are selected competitively. Extensions to competitive temporary promotions require management approval, but do not require a new competition. In my experience, the order of events to make up a competitive selection for these positions is, basically: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official, or a committee of managers assigned by the selecting official, conducts an initial screening to determine whether or not the individuals on the list of "eligible candidates" possess the specific skills and experience necessary to meet the requirements of the position (for instance, if hiring a critical nuclear work nuclear zone manager, does that individual possess the knowledge and experience

Declaration of BRUCE M. BORDENICK
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

necessary to manage critical nuclear work), (4) a rating of those candidates identified is conducted by a group of managers, (5) interviews to further compare skills and experience of candidates, if required, (6) a comparison of the ratings, and (7) a final selection by the selecting official.

3. In August, 2013, I requested a certificate from OCHR for a temporary Zone Manager position. The announcement number for this position was 698902.

4. I selected Mr. Michael Hughes to fill a vacancy in the Critical Nuclear Work Program because he possessed the knowledge, skills, and experience necessary to act as Zone Manager and was best qualified to fill my vacancy.

5. When I made this selection, I did not know Mr. Olmstead. As such, I was unaware of his age and prior EEO activity.

6. I recall nothing unusual about this selection process. This occasion was the same as the other selections I have performed. I did not hear any comments related to the candidates ages, prior EEO activity, or any other improper factors, and I would not have expected to.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2014.

BRUCE M. BORDENICK

Declaration of BRUCE M. BORDENICK
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970