District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK OLMTEAD, <br> Plaintiff, <br> v. <br> RAY MABUS, <br> Defendant. | CASE NO. 3:13-cv-05051-BHS <br> DECLARATION OF <br> CHRISTOPHER J. COLSON |

I, CHRISTOPHER J. COLSON, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed by the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA ("IMF"). I have been employed at IMF for more than 20 years. My current position is Structural Division Head in Code 831. I have been a supervisor for 18 years. My date of birth is Sept 10, 1959.

2. A temporary promotion is done competitively, extensions are administrative and do not require a new competition. In my experience the order of events to make up a competitive selection for these positions is, basically: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official assembles a panel which will review applicant resumes and rate them per a provided criteria. The top candidates will then be interviewed by the same panel. (4) a rating of those candidates is then sent to the selecting official. (5) a final selection by the proper authority.

Declaration of Christopher J. Colson
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. In December, 2013, I requested a certificate from OCHR for one Pipefitter Supervisor II. The announcement number for those positions was 989430. There were 6 applicants rated for this position Mr. Olmstead was one of the rated applicants. His resume scores were lower than the applicants that received an interview.

4. I selected Mr. Dave Lopez to fill my vacancy because he possessed the knowledge skills, and abilities necessary and scored the highest on the resume and interviews that were held.

5. Mr. Lopez was selected to be a Pipefitter Supervisor II. At the time he was selected, he was the Pipefitter Supervisor I in the pipe shop and had been in the shop for about 24 years.

6. When I made this selection, I did not know Mr. Olmstead. As such, I was unaware of his age and prior EEO activity.

7. I recall nothing unusual about this selection process, this occasion was the same as the other selections I have performed. I did not hear any comments related to the candidates ages, prior EEO activity, or any other improper factors, and I would not have expected to.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2014.

*Christopher J. Colson*
Christopher J Colson

Declaration of Christopher J. Colson
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970