District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMTEAD,

        Plaintiff,

v.

RAY MABUS,

        Defendant.

CASE NO. 3:13-cv-05051-BHS

DECLARATION OF ROBERT S. CORCELL

I, Robert S. Corcell declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed by the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA ("Shipyard"). I have been employed at the Shipyard for more than 27 years. My current position is Project Superintendent, Aircraft Carriers. I have been a supervisor for approximately 20 years. My date of birth is January, 30, 1960.

2. A temporary promotion is performed through a competitive selection process. In my experience the order of events to make up a competitive selection for these positions is generally: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official or his designee conducts an initial screening to determine whether or not the individuals on the list of "eligible candidates" possess the specific skills and experience necessary to meet the requirements of the position, (4) a rating of those candidates identified is conducted by a group of supervisors, (5) a comparison of the ratings is conducted and interviews are held as necessary, and (6) a final selection is made by the proper authority.

Declaration of Robert S. Corcell
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. To the best of my knowledge and belief, in July 2013, I requested one certificate from OCHR to select for one zone manager (Combined Trade Supv. II) position. The announcement number for this position was 698902.

4. To the best of my knowledge and belief, I selected Mr. James Simmons, because he possessed the knowledge, skills, and experience necessary to act as a nuclear zone manager and was best qualified to fill this vacancy.

5. When selecting zone managers in the nuclear field, I look for individuals with nuclear experience, and prior experience standing in as zone manager. Mr. Simmons had such experience. As a result he was the best qualified individual and was selected for this vacancy.

6. I did not know Mr. Olmstead at the time of selection, and do not know Mr. Olmstead currently. I was not aware of his age or any prior EEO activity until contacted regarding this declaration on December 10, 2014.

7. I recall nothing unusual about this selection process. This selection was the same as other selections I have performed. I did not hear any comments related to candidate age, prior EEO activity, or any other similar factors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of December, 2014.

_____
Robert S. Corcell

Declaration of Robert S. Corcell
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970