District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMTEAD,

             Plaintiff,

v.

RAY MABUS,

             Defendant.

CASE NO. 3:13-cv-05051-BHS

DECLARATION OF WILLIAM HUDDLE

I, WILLIAM HUDDLE, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I retired from civilian service with the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility (PSNS&IMF), Bremerton, WA ("Shipyard") in June of 2014. I had been employed at Naval Shipyards, first at Charleston Naval Shipyard and then at PSNS&IMF, for more than 30 years. I retired as the Nonnuclear Director in Shop 56. I had been a supervisor or above for more than 15 years. My date of birth is June 3, 1959.

2. A temporary promotion is done competitively, extensions are administrative and do not require a new competition. In my experience the order of events to make up a competitive selection for these positions is, basically: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official conducts an initial screening to determine whether or not the individuals on the list of "eligible candidates" possess the specific skills and experience necessary to meet the requirements of the position (for instance, if hiring a nuclear supervisor, does that individual possess the knowledge necessary to supervise nuclear workers), (4) a rating of those candidates identified is conducted by a group of supervisors, (5) a comparison of the ratings, and (6) a final selection by the proper authority.

Declaration of WILLIAM HUDDLE
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. In August, 2013, I requested a certificate, through the Shop 56 resource office, from OCHR for a temporary General Foreman (Supervisor II) position. The announcement number for this position was 928598.

4. I selected Mr. Damon Anthis to fill my vacancy because he possessed the knowledge skills, and experience necessary to act as General Foreman and was the individual best qualified to fill my vacancy.

5. Mr. Damon Anthis was selected to be a Pipefitter Supervisor II, over the nonnuclear side of Shop 56. Specifically, Mr. Anthis was selected to assume oversight over the nonnuclear process work on the Seawolf Class Submarines. Mr. Anthis was a first line supervisor on the nonnuclear side of Shop 56. He also primarily worked on the Seawolf Class Submarines, and was therefore knowledgeable regarding all current processes and work practices. As a result, he was the best qualified applicant to fill this position, as was reflected in the results of the rating panel.

6. Mr. Olmstead was a temporary first line supervisor on the nuclear side of Shop 56. Although he may have worked on the nonnuclear side of the shop at one time, that would have been many years ago. Many, if not all, of the nonnuclear process instructions have changed in that time span. As such, Mr. Olmstead was not familiar with current nonnuclear processes and was not a well-qualified candidate for a nonnuclear oversight position.

7. I recall nothing unusual about this selection process, this occasion was the same as the other selections I have performed. I did not hear any comments related to the candidates ages, prior EEO activity, or any other improper factors, and I would not have expected to. Although I had some vague awareness that Mr. Olmstead had filed some sort of complaint, I have no recollection as to when I became aware of that fact. In any event, the fact that Mr. Olmstead might have filed a complaint was not a factor in my selection decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2014.

*/s/ William Huddle*
WILLIAM HUDDLE

Declaration of WILLIAM HUDDLE
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970