District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICK OLMTEAD,

          Plaintiff,

v.

RAY MABUS,

          Defendant.

CASE NO. 3:13-cv-05051-BHS

DECLARATION OF
CHRISTOPHER T. HUGHES

I, CHRISTOPHER T. HUGHES, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed by the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA ("Shipyard"). I have been employed at the Shipyard for more than 24 years. My current position is Project Superintendent, Aircraft Carriers. I have been a supervisor for 13 years. My date of birth is November 18, 1967.

2. A temporary promotion is performed through a competitive selection process. In my experience the order of events to make up a competitive selection for these positions is generally: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official or his designee conducts an initial screening to determine whether or not the individuals on the list of "eligible candidates" possess the specific skills and experience necessary to meet the requirements of the position, (4) a rating of those candidates identified is conducted by a group of supervisors, (5) a comparison of the ratings is conducted and interviews are held as necessary, and (6) a final selection is made by the proper authority.

Declaration of CHRISTOPHER T. HUGHES
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. To the best of my knowledge and belief, between July 2013, through January 2014, I requested three certificates from OCHR to select for multiple zone manager (Combined Trade Supv. II) positions. The announcement numbers for those positions were 987191 and 698902.

4. To the best of my knowledge and belief, I selected Mr. Kristopher Edgley, Benjamin Dailey, and Vincent Sheets because they possessed the knowledge, skills, and experience necessary to act as zone managers and were best qualified to fill these vacancies.

5. When selecting zone managers, I look for individuals with carrier experience, and prior experience standing in as zone managers, preferably on carriers. Mr. Edgley, Mr. Dailey, and Mr. Sheets all had such experience. As a result they were the best qualified individuals and were selected for these vacancies.

6. When I made this selection, I did not know Mr. Olmstead. As such, I was not aware of his age or any prior EEO activity.

7. I recall nothing unusual about this selection process. This selection was the same as other selections I have performed. I did not hear any comments related to candidate age, prior EEO activity, or any other similar factors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of December, 2014.

_____
CHRISTOPHER T. HUGHES

Declaration of CHRISTOPHER T. HUGHES
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970