District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK OLMTEAD, <br><br> Plaintiff, <br><br> v. <br><br> RAY MABUS, <br><br> Defendant. | CASE NO. 3:13-cv-05051-BHS <br><br> DECLARATION OF MONTE R. LEVIN |

I, MONTE R. LEVIN, declare under penalty of perjury, as provided by 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am currently employed by the United States Navy, at the Puget Sound Naval Shipyard and Intermediate Maintenance Facility, Bremerton, WA ("Shipyard"). I have been employed at the Shipyard for more than twenty six years. My current position is USS ENTERPRISE (CVN-65) Project Superintendent. I have been a supervisor for twenty years. My date of birth is July 25, 1962.

2. A temporary promotion is done competitively, extensions are administrative and do not require a new competition. In my experience the order of events to make up a competitive selection for these positions is, basically: (1) announcement of a vacancy, (2) a review of the applicants by a regional personnel office that results in a certificate of eligible candidates, (3) the selecting official conducts an initial screening to determine whether or not the individuals on the list of "eligible candidates" possess the specific skills and experience necessary to meet the requirements of the position (for instance, if hiring a nuclear supervisor, does that individual possess the knowledge necessary to supervise nuclear workers), (4) a rating of those candidates identified is conducted by a group of supervisors, (5) a comparison of the ratings, and (6) a final selection by the proper authority.

Declaration of MONTE R. LEVIN
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. In October, 2013, I requested a certificate from OCHR for a temporary Zone Manager (Supervisor II) position. The announcement number for those positions was 698902.

4. Based on my initial screening of the eligible candidates, I determined that Mr. Corey Flatau was clearly the best qualified individual to fill my vacancy because he possessed the knowledge skills, and experience necessary to act as Zone Manager.

5. Mr. Flatau was selected to be a Zone Manager in Code/350, the Inactivation, Reactor Compartment Disposal, and Recycling Department. Specifically, he was hired to oversee temporary service work for the project and reactor compartment movement. Mr. Flatau was the designated stand in Zone Manager, and had worked under his predecessor for approximately one year. As such, he was familiar with work processes and was uniquely qualified. Based on his experience, he was considered the best qualified applicant for the position.

6. To the best of my recollection, I had never met Mr. Olmstead. As such, I was unaware of his age and prior EEO activity.

7. I recall nothing unusual about this selection process, this occasion was the same as the other selections I have performed. I did not hear any comments related to the candidates ages, prior EEO activity, or any other improper factors, and I would not have expected to.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2014.

*(signature)*
MONTE R. LEVIN

Declaration of MONTE R. LEVIN
3:13-cv-05051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970