1

District Judge Benjamin H. Settle

2

3

4

5

6

7                   UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF WASHINGTON
8                              AT TACOMA

9

10   RICK OLMSTEAD,                          CASE NO.  3:13-cv-05051-BHS
                          Plaintiff,
11                                           DECLARATION OF JENNI W.
                  v.                         LUND
12

13   RAY MABUS,
                          Defendant.
14

15        I, JENNI W. LUND, declare under penalty of perjury, as provided by 28 U.S.C.

16   § 1746, that the following is true and correct to the best of my knowledge:

17       1.   I am a Production Workload and Workforce Analyst, in the Production Resources
18            Department of Puget Sound Naval Shipyard &Intermediate Maintenance Facility
19            (PSNS&IMF), 1400 Farragut Ave, Bremerton, WA 98314.  Part of my duties
              include providing metrics and data to management from several PSNS&IMF
20            computer systems.

21       2.   On December 10, 2014, I was asked to provide the number of overtime (OT)
22            hours that Mr. Rick Olmstead had worked in Calendar Years 2012, 2013, and
23            2014 (YTD).

24       3.   I pulled this information from the PSNS&IMF Supplemental Administration
25            Employee Management System (SAEM), the database PSNS&IMF utilizes to
              track, in part, the number of overtime hours an employee has worked.
26

27       4.   Based on a query of this database, Mr. Olmstead worked the following number of
28            OT hours:

Declaration of JENNI W. LUND                          UNITED STATES ATTORNEY
3:13-cv-05051-BHS                                      700 STEWART STREET, SUITE 5220
                                                       SEATTLE, WASHINGTON 98101
                                                       (206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   a.  2012 – 765.5 (Including 77.5 hours of compensatory hours earned.)
   b.  2013 – 106.5 (0 hours of compensatory time earned.)
   c.  2014 – 867 (Worked between January 1, 2014 – November 29, 2014. (O hours of compensatory time worked.)).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of December, 2014.

JENNI W. LUND

Declaration of JENNI W. LUND
3:13-cv-05051-BHS