UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **RICK OLMSTEAD,**<br><br>                    Plaintiff,<br><br>and<br><br>**SECRETARY OF THE NAVY, RAY MABUS**,<br><br>                    Defendant. | No. 13-CV-05051<br><br>**STIPULATED MOTION TO MOVE HEARING DATE FOR PLAINTIFF'S MOTION FOR AN ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(2)** |

Plaintiff Rick Olmstead (hereinafter referred to as "Plaintiff") and Defendant Secretary of the Navy Ray Mabus (hereinafter referred to as "Defendant") hereby file a Stipulated Motion to Move the hearing date for Plaintiff's Motion for an Order of Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) from January 9, 2015 to December 26, 2014.

### I.   PROCEDURAL POSTURE

Plaintiff filed a Complaint for Damages on January 13, 2013.  On April 29, 2013, Defendant filed an answer denying the allegations and preserving identified affirmative defenses.  Defendant filed a Motion to Dismiss and/or Summary Judgment, which was granted on March 10, 2014.  The Court also granted Plaintiff's Motion for Leave to Amend the Complaint on March 21, 2014, thereby allowing Plaintiff to include a single claim against

STIPULATED MOTION TO MOVE HEARING
DATE FOR PLAINTIFF'S MOTION FOR AN
ORDER OF DISMISSAL PURSUANT TO
F.R.C.P. RULE 41(a)(2)- 1

Wong Fleming
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Tel: 425-869-4040 Fax: 425-869-4050

Defendant for retaliation. Plaintiff filed an Amended Complaint on March 27, 2014. Plaintiff later filed a Motion for Leave to file a Second Amended Complaint, which was granted on May 21, 2014. The Parties engaged in discovery proceedings until Defendant filed a Motion to Dismiss and/or Summary Judgment on December 10, 2014. The hearing date for Defendant's Motion is currently scheduled for January 2, 2015. On December 16, 2014, Plaintiff filed a Motion for an Order of Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). The hearing date is currently scheduled for January 9, 2015.

## II.   ARGUMENT

"It is well-established that district courts have inherent power to control their dockets…" *See, Atchison, Topeka & Sante Fe Ry. Co. v. Hercules, Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998). Here, the Parties have stipulated to move the hearing date for Plaintiff's Motion for an Order of Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), from its currently scheduled date of January 9, 2015 to December 26, 2014. The Parties make this request so that the Court can rule on Plaintiff's request for voluntary dismissal prior to deciding on Defendant's Motion to Dismiss and/or Summary Judgment in an effort to avoid wasting Court time and resources. As of the date of this Stipulated Motion, Plaintiff has not filed a response to Defendant's pending Motion to Dismiss and/or Summary and Defendant has not filed a response to Plaintiff's Motion for an Order of Dismissal pursuant to F.R.C.P. Rule 41(a)(2).

## III. CONCLUSION

For the aforementioned reasons, the Parties respectfully request this Court to grant the Stipulated Motion to Move the hearing date for Plaintiff's Motion for an Order of Dismissal pursuant to F.R.C.P. Rule 41(a)(2)

////

////

**STIPULATED MOTION TO MOVE HEARING DATE FOR PLAINTIFF'S MOTION FOR AN ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(2)**- 2

Wong Fleming
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Tel: 425-869-4040 Fax: 425-869-4050

1 DATED this 19th day of December, 2014.

2

3 United States Attorney                    Wong Fleming

4 */s/ Marion J. Mittet, Esq.*              */s/Dianna Caley, Esq.*
Marion J. Mittet, WSBA No. 12758           Diana Caley, WSBA No. 23413
5 Attorney for Defendant                    Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATED MOTION TO MOVE HEARING**            Wong Fleming
**DATE FOR PLAINTIFF'S MOTION FOR AN**           2340 130th Ave NE, Suite D-150
**ORDER OF DISMISSAL PURSUANT TO**               Bellevue, WA 98005
**F.R.C.P. RULE 41(a)(2)**- 3                    Tel: 425-869-4040 Fax: 425-869-4050