District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK OLMSTEAD,<br><br>      Plaintiff,<br><br>  v.<br><br>SECRETARY OF THE NAVY RAY MABUS<br><br>      Defendant. | No. 3:13-cv-5051-BHS<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

Defendant Ray Mabus, in his official capacity as Secretary of the Department of Navy, by and through his attorneys, Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Marion J. Mittet, Assistant United States Attorney for said District, submits this response to Plaintiff's Motion to Voluntary Dismiss his Complaint.

## I.  RESPONSE.

The government has no objection to Mr. Olmstead voluntarily dismissing his lawsuit and agrees that the parties should bear their own costs. The dismissal, however, should be with prejudice.

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY DISMISSAL
3-13-5051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II.  CONCLUSION

Defendant respectfully asks this Court to dismiss Plaintiff's Complaint with prejudice.

DATED this 22nd Day of December, 2014.

Respectfully submitted,

ANNETTE L. HAYES
Acting United States Attorney

 s/Marion J. Mittet
MARION J. MITTET, WSBA #12758
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: jamie.mittet@usdoj.gov

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY DISMISSAL
3-13-5051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on December 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Dianna J. Caley    dcaley@wongfleming.com

I further certify that on December 22, 2014, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 22nd day of December, 2014.

s/ Sharon P. Gore
SHARON P. GORE, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
PH:   206-553-7970
FX:   206-553-4067
EMAIL:   sharon.gore@usdoj.gov

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY DISMISSAL
3-13-5051-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970