UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICK OLMSTEAD,<br><br>                 Plaintiff,<br><br>and<br><br>SECRETARY OF THE NAVY, RAY MABUS,<br><br>                 Defendant. | No. 13-CV-05051-BHS<br><br>ORDER GRANTING STIPULATED MOTION TO MOVE HEARING DATE ON MOTION FOR AN ORDER OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(2) |

### ORDER

THIS MATTER having come before the Court upon Plaintiff Rick Olmstead (hereinafter referred to as "Plaintiff") and Defendant Secretary of the Navy Ray Mabus's (hereinafter referred to as "Defendant") Stipulated Motion to move the hearing date for Plaintiff's Motion for an Order of Dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) currently schedule for January 9, 2015, and this Court having reviewed the records and files herein:

The Court being fully advised and being otherwise informed in the premises, it is hereby, ORDERED, ADJUDGED and DECREED that the Stipulated Motion is GRANTED.

[Proposed] Order Granting
Stipulated Motion to Move Hearing Date
For Plaintiff's Motion for an Order
Of Dismissal Pursuant to
F.R.C.P. Rule 41(a)(2) - 1

Wong Fleming
2340 130th Ave NE, Suite D-150
Bellevue, WA 98005
Tel: 425-869-4040 Fax: 425-869-4050

1     The hearing on Plaintiff's Motion for an Order of Dismissal Pursuant to Federal Rule of
2 Civil Procedure, Rule 41(a)(2) will be rescheduled to December 26, 2014. No oral argument
3 has been requested for this hearing by any Party. LCR 7(b)(4).

4     DATED this 22 day of December, 2014.

                                                                      Honorable Benjamin H. Settle
                                                                      United States District Judge

Presented By:

/s/ Dianna J. Caley, Esq.
Dianna J. Caley, Esq.
Wong Fleming, PC
Attorney for Plaintiff, Rick Olmstead

[Proposed] Order Granting                                   Wong Fleming
Stipulated Motion to Move Hearing Date            2340 130th Ave NE, Suite D-150
For Plaintiff's Motion for an Order                     Bellevue, WA 98005
Of Dismissal Pursuant to                             Tel: 425-869-4040 Fax: 425-869-4050
F.R.C.P. Rule 41(a)(2) - 2